219

Opinion by Cline, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51414.**—Protest 116444–K of H. A. Wood (Pembina).

Opinion by Cline, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 51415.**—Protests 57861–K, etc., of Edward Boote et al. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51416.**—Protests 61243–K, etc., of Johnson Bros. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51417.**—Protest 113354–K of Butler Brothers (San Francisco).

Opinion by Keefe, J. It was stipulated that the merchandise consists of common yellow, brown, red, or gray earthenware of the same kind in all material respects as that which was the subject of *American Import Co.* v. *United States* (15 Cust. Ct. 190, C. D. 970). In accordance therewith the claim of the plaintiff was sustained.